984 A.2d 936

**In re ESTATE OF John J.B. LIGHT, Deceased**

**Petition of Sarah Light Block.**

Supreme Court of Pennsylvania.

Dec. 3, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2009, the Petition for Allowance of Appeal, Application to Relinquish Jurisdiction for the Limited Purpose of Appointing a Personal Representative or Administrator *Pendente Lite,* and Motion to Expedite Consideration of the Application to Relinquish Jurisdiction for the Limited Purpose of Appointing a Personal Representative or Administrator *Pendente Lite* are hereby **DENIED.**